

ZACHARY W. CARTER
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ARIEL S. LICHTERMAN
*Assistant Corporation Counsel*
Phone: (212) 356-3520
Fax: (212) 356-3509
alichter@law.nyc.gov

December 22, 2016

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:  Luis Vazquez v. City of New York, et al.
> 15-CV-8270 (ER)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent the Defendants in the above-referenced matter. Defendants write respectfully to request a two week extension of time until January 3, 2016 to produce electronic discovery. Plaintiff's attorneys, Baree Fett and Gabriel Harvis, take no position on this request.

At the conference held on October 21, 2016, Your Honor ordered Defendants to produce electronic discovery by December 20, 2016 consisting of relevant email communications sent by or to Defendants Carolyn Saunders, Tonya Hayes, and Abdur Muhammad relating to the underlying incident. The parties coordinated and agreed upon search terms that would be used to narrow the universe of emails for these custodians to potentially relevant emails for the time period surrounding the date of the incident. To date, all email communications for these custodians have been pulled and compiled into a document review database and the agreed-upon search terms have been applied. The undersigned is currently in the process of reviewing the remaining documents for relevance and privilege. An additional two weeks will enable the undersigned to complete this process and produce any relevant, non-privileged documents to Plaintiff.

2

      Accordingly, Defendants request an extension of time until January 3, 2016 to produce any electronic documents. Thank you for your consideration of this request.

                                            Respectfully submitted,

                                            /s/
                                          Ariel Lichterman
                                          Assistant Corporation Counsel

cc:    Baree Fett, Esc. (by ECF)
        Gabriel Harvis, Esq.