

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ARIEL S. LICHTERMAN<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-3520<br>Fax: (212) 356-3509<br>alichter@law.nyc.gov |
|---|---|---|

December 27, 2016

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Luis Vazquez v. City of New York, et al.</u>
                  15-CV-8270 (ER)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants in the above-referenced matter. Defendants respectfully request an extension of time from today, December 27, 2016, until Friday, December 30, 2016 to produce an affidavit regarding the efforts undertaken to locate certain logbooks which have been requested by Plaintiff in this matter. Despite diligent efforts, in part because of the holidays, the undersigned has not yet been able to obtain the affidavit from the relevant parties who have the information ordered by the Court on December 22, 2016. Plaintff's counsel, Gabriel Harvis and Baree Fett, do not consent to this request. Thank you for your consideration of this request.

                                                     Respectfully submitted,

                                                       /s/
                                                    Ariel Lichterman
                                                  Assistant Corporation Counsel

cc:    Baree Fett, Esq. (by ECF)
        Gabriel Harvis, Esq.