

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ARIEL S. LICHTERMAN**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-3520<br>Fax: (212) 356-3509<br>*alichter@law.nyc.gov* |

December 30, 2016

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: Luis Vazquez v. City of New York, et al.
       15-CV-8270 (ER)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent the Defendants in the above-referenced matter. Defendants write respectfully to request a two week extension of time until January 13, 2016 to produce the remaining disciplinary documents. Plaintiff's counsel could not be reached for their consent to this request.

    On December 22, 2016, Your Honor ordered Defendants to produce the remaining documents relating to Defendants' disciplinary allegations by today, December 30, 2016. I have been informed that these files have been archived and are currently stored at a third-party facility. Despite requests, however, these documents have not yet been received from the third-party facility. Additional time is therefore needed for the facility to locate and forward the documents and then produce them to Plaintiff.

    Accordingly, Defendants respectfully request an extension of time until January 13, 2016 to produce these documents. Thank you for your consideration of this request.

                 Respectfully submitted,

                 /s/
                 Ariel Lichterman
                 Assistant Corporation Counsel

cc: Baree Fett, Esq. (by ECF)
   Gabriel Harvis, Esq.