

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **T**HE **C**ITY OF **N**EW **Y**ORK<br>**L**AW **D**EPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ARIEL S. LICHTERMAN**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-3520<br>Fax: (212) 356-3509<br>alichter@law.nyc.gov |

January 13, 2016

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    Luis Vazquez v. City of New York, et al.
                 15-CV-8270 (ER)

Your Honor:

       I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent the Defendants in the above-referenced matter. Defendants write respectfully to request a one week extension of time until January 20, 2017 to produce the remaining disciplinary documents. Plaintiff's attorneys, Baree Fett and Gabriel Harvis, take no position on this request.

       On December 22, 2016, Your Honor ordered Defendants to produce the remaining documents relating to Defendants' disciplinary allegations by December 30, 2016. Your Honor then granted an extension until today, January 13, 2017 to produce these documents. I have been informed that these files are being sent from the third-party facility by close of business today or by the beginning of next week. This additional time is therefore needed for the facility to forward the documents and for the undersigned to then produce them to Plaintiff.

       Accordingly, Defendants respectfully request an extension of time until January 20, 2017 to produce these documents. Thank you for your consideration of this request.

                                Respectfully submitted,

                                /s/
                              Ariel Lichterman
                              Assistant Corporation Counsel

cc:    Baree Fett, Esq. (by ECF)
         Gabriel Harvis, Esq.