```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                DOCUMENT
-------------------------------------------------X   ELECTRONICALLY FILED
                                             DOC # _____
LUIS VAZQUEZ,                                DATE FILED: __2/14/2017__

                    Plaintiff,                    **ORDER**

          - against -                             15 Civ. 8270 (ER)

CITY OF NEW YORK, *et al*.,

                    Defendants.
-------------------------------------------------X
```

Ramos, D.J.:

The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

Any application to reopen **must be filed within thirty days of this Order**; any application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next thirty (30) days with a request that the agreement be "so ordered" by the Court.

The status conference schedule for February 15, 2017, is canceled.

SO ORDERED.


Dated:  New York, New York
        February 14, 2017

                                             _____
                                             Edgardo Ramos, U.S.D.J.